395 A.2d 965

Commonwealth v. Conroy, Appellant.

Argued September 12, 1978.

Robert F. Weiner, for appellant; V. Fortuno, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.

395 A.2d 966

Commonwealth v. Coulson, Appellant.

Argued September 13, 1978.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.